IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-19-525 |
| | * | |
| ROSLYN WEDINGTON | * | |

\* \* \* \* \*

## MOTION TO UNSEAL INFORMATION AND PLEA AGREEMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said District, moves this Honorable Court to Order and direct that the Information and Plea Agreement be **UNSEALED**.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_Martin J. Clarke/JRB_
Martin J. Clarke
Assistant United States Attorney

ORDERED as prayed, this 19 day of November, 2019

_Thomas M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge

1